STATE OF NEBRASKA, EX REL. CITY OF KEARNEY, PLAINTIFF, V. H. A. BABCOCK, AUDITOR OF PUBLIC ACCOUNTS, DEFENDANT.

**Cities of Second Class:** BONDS FOR PUBLIC BUILDINGS. Section 52 of article 2 of chapter 14, Compiled Statutes of 1887, confers upon cities of the second class, having more than five thousand and less than twenty-five thousand inhabitants, the right to provide for the erection and government of all useful and necessary buildings for the use of the city. Under this authority, *It was Held* (under the rule stated in *State v. Babcock*, 22 Neb., 614), That the city of K., being within the class named, had the right to issue its bonds for the purpose of erecting necessary buildings for the use of the city, such power being incident to and necessary for the carrying out of the authority expressly granted.

ORIGINAL application for mandamus.

*E. C. Calkins,* for relator.

*William Leese, Attorney General,* for respondent.

REESE, CH. J.

This is an application to this court, in the exercise of its original jurisdiction, for a peremptory writ of mandamus, directed to the auditor of state, to require him to register certain bonds issued by the city of Kearney "for the purpose of erecting a city building, sufficient to accommodate the city officers and records, the fire department and fire apparatus, and the police department, including a city prison."

From the stipulations on file, it appears that the refusal of the auditor "is based solely on the ground that cities of the second class having over five thousand inhabitants have no power to borrow money or issue bonds for the purpose of erecting useful or necessary buildings for the use of the city."

The auditor, not feeling entirely certain as to his duty, declined to register the bonds, and submits the question as to his duty to this court for decision.

It appears from the stipulation that the city of Kearney is a city of the second class having over five thousand inhabitants. It is therefore governed by the provisions of article 2 of chapter 14 of the Compiled Statutes of 1887.

Section 52 of that article provides that, "In addition to the powers heretofore granted cities under the provisions of this chapter, each city may enact ordinances or by-laws for the following purposes: XI. To provide for the erection and government of any useful or necessary building for the use of the city."

This section is substantially the same as that presented in *The State, ex rel. City of Norfolk, v. Babcock*, 22 Neb., 614, and must be governed by the application of the same rule. The relator will, therefore, be entitled to the relief demanded.

Writ allowed.

The other judges concur.